IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HUDAK, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 13-259 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| STATE OF PA, *et al.*, | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

On July 18, 2013, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On July 24, 2013, the Magistrate Judge issued a Report (Doc. 12) recommending that the Respondents' Motion to Dismiss (Doc. 9) Petitioner's request for relief under 28 U.S.C. § 2254 be granted, and that a certificate of appealability be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Respondents' Motion to Dismiss (**Doc. 9**) is **GRANTED**; a certificate of appealability is denied; and the Report and Recommendation of Magistrate Judge Kelly dated July 24, 2013 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 14, 2013                                              s\Cathy Bissoon
                                                             Cathy Bissoon
                                                             United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Edward Hudak
BI-0265
SCI Coal Township
1 Kelley Drive
Coal Township, PA  17866-1021